UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A VENA,<br><br>Plaintiff,<br><br>v.<br><br>MOORE, SCHULMAN & MOORE, APC; JULIE WESTERMAN; AND DOES 1-100, inclusive,<br><br>Defendants. | Case No.:   22CV437-W(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DISCOVERY MOTION DEADLINE**<br><br>**[ECF NOS. 37]** |

On March 1, 2023, the parties filed a Joint Motion to Continue Discovery Motion Deadline. ECF Nos. 37.  The parties seek to extend the deadline to file a discovery motion related to Defendants' discovery responses an additional three weeks from March 2, 2023 to March 23, 2023.  ECF No. Id. at 3.  In support, the parties indicate that they "have engaged in extensive discussions over the course of several weeks in an effort to resolve [the discovery] disputes informally." Id. at 1.  In further support, the parties state that they have resolved a majority of the disputes through their meet and confer efforts, but potential disputes remain for which "Defendants' counsel[] requests additional time to determine the scope and technical feasibility of the requests as narrowed and clarified through the meet-and-confer process." Id. at 2.  The parties further represent that the requested continuance would allow time for the parties to resolve the remaining disputes without the Court's intervention, "significantly conserv[ing]

judicial resources and sav[ing] needless effort and expense." Id.  This is the parties' first request to extend the deadline to file a discovery motion related to Defendants' responses.  See Docket.

Good cause appearing, the Court **GRANTS** the parties' motion and continues the deadline to file a discovery motion to **March 23, 2023**.

**IT IS SO ORDERED**.

Dated:  3/2/2023

Hon. Barbara L. Major
United States Magistrate Judge