UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. VENA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MOORE, SCHULMAN & MOORE, APC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:　22-cv-437-W-BLM<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE PRETRIAL DEADLINES**<br><br>**[ECF No. 65]** |

Currently before the Court is the parties' Joint Motion to Continue Pretrial Deadlines. ECF No. 65. The parties seek to continue the remaining deadlines by thirty (30) days. Id. at 2. On July 5, 2023, the Court granted the parties' joint motion to continue pretrial deadlines wherein the Court set new dates for discovery and pretrial deadlines. ECF No. 53. The Cout notes that this is the third request to continue deadlines in the Court's Scheduling Order. See ECF Nos. 48, 52.

In support, the parties state that they need more time as "[t]he parties are in the process of scheduling the depositions of Defendants Julie Westerman and Dave Schulman, witnesses Christine Vena and Sara Bear, Commissioner Jeanie Lowe (Ret.), [] Tara Yelman and Oscar Roesler, and Plaintiff Nicholas Vena." Id. at 4.; Declaration of Caitlin M. Jones in Support of Joint

Motion to Continue Pretrial Deadlines ("Jones Decl.") at 2. In further support, the parties indicate that "[m]ost of the deponents are attorneys with pre-scheduled court appearances, hearings, and other client commitments they are unable to change. Id. The parties also state that Plaintiff "wishes to receive and review Defendants' supplemental discovery responses before deposing Defendants, which will not occur until October 26, 2023. Id. Finally, the parties indicate the continuance of deadlines will "allow the parties to complete written discovery, complete all depositions, and the case can be readied for meaningful settlement discussions and/or trial[.]" Id. at 5.

Good cause appearing, the Court **GRANTS IN PART** the joint motion and resets the following deadlines:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cutoff | November 1, 2023 | December 1, 2023 |
| Disclosures pursuant to Rule 26(a)(2)(A) and (B) | November 22, 2023 | December 20, 2023 |
| Supplemental Disclosures pursuant to Rule 26(a)(2)(D) and 26(e) | December 21, 2023 | January 19, 2024 |
| Expert Discovery Cutoff | January 18, 2024 | February 16, 2024 |
| Deadline to Complete Deposition of Commissioner Jeannie Lowe (Ret.)[1] | Not applicable | December 15, 2023 |
| Pretrial Motion Cutoff | February 22, 2024 | March 22, 2024 |
| Pretrial Disclosure | May 20, 2024 | June 24, 2024 |
| Action Required by Local Rule 16.1(f)(4) | May 27, 2024 | July 1, 2024 |
| Proposed Pretrial Order to Opposing Counsel | June 3, 2024 | July 8, 2024 |
| Lodging Proposed Pretrial Order | June 10, 2024 | July 15, 2024 |
| Informal Letter Briefs | June 19, 2024 | July 22, 2024 |

---

[1] The Court notes that this deadline falls after the close of fact discovery but finds that there is good cause for this deadline to be set after the close of fact discovery as "Defendants anticipate there may be motion work associated with this deposition and therefore wish to provide a longer timeline to resolve any potential issues." ECF No. 65 at 4.

| Pretrial Conference | June 24, 2024 @ 10:30 a.m. | July 29, 2024 @ 10:30 a.m. |

All other deadlines and requirements remain unchanged. See ECF No. 53.

**IT IS SO ORDERED.**

Dated: 10/23/2023

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge