UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| NICHOLAS A. VENA, | Case No.: 22-cv-437-W-BLM |
|---|---|
| Plaintiff, | **ORDER REQUIRING SIMULTANEOUS LETTER BRIEFING** |
| v. | |
| MOORE SCHULMAN & MOORE, APC, et al., | |
| Defendants. | |

On November 14, 2023, attorney for Plaintiff, Mark Myers, and Caitlin Jones, attorney for Defendant, jointly participated in a discovery conference call with Judge Major's Law Clerk regarding a discovery dispute in the instant matter. The Court finds it appropriate to resolve this dispute expeditiously and, therefore, **ORDERS** the parties to file simultaneous letter briefs on or before **November 21, 2023**. The letter briefs shall be no more than five (5) pages in length. The Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearance will be required.

**IT IS SO ORDERED.**

Dated: 11/14/2023

Hon. Barbara L. Major
United States Magistrate Judge