UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. VENA,<br><br>Plaintiff,<br><br>v.<br><br>MOORE, SCHULMAN & MOORE, APC, et al.,<br><br>Defendants. | Case No.:   22-cv-437-W-BLM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 87]** |

Currently before the Court is the parties' April 4, 2024 Joint Motion[1] to Continue Mandatory Settlement Conference ("Motion"). ECF No. 87. For the reasons set forth below, the Court **GRANTS** the request.

On November 9, 2022, the Court conducted a Case Management Conference [ECF No. 21], and, on November 10, 2022, issued a Scheduling Order regulating discovery and all pre-trial proceedings. ECF No. 22. The Court ordered the parties to appear for a videoconference Mandatory Settlement Conference ("MSC") on October 19, 2023 at 9:30 a.m. Id. at ¶ 10. On April 25, 2023, Plaintiff filed an *ex parte* motion to continue the discovery and pre-trial deadlines in the scheduling order. ECF No. 48. On April 26, 2023, the Court granted Plaintiff's *ex parte*

---

[1] The Court notes that this is not a joint motion as Plaintiff's counsel's signature is absent from the current filing. However, Defendant states that "Plaintiff does not oppose this request" so the Court will overlook this error. Motion at 1; Pettit Decl. at ¶ 5.

request and continued the MSC to January 9, 2024 at 9:30 a.m. to be held via videoconference. ECF No. 49. On June 30, 2023, the parties filed a joint motion to continue the pre-trial deadlines [ECF No. 52] by approximately 90 days which the Court granted on July 5, 2023; the Court reset the MSC to April 9, 2024 at 9:30 a.m. ECF No. 53. On October 18, 2023, the parties filed a joint motion to continue the pre-trial deadlines in the scheduling order. ECF No. 65. On October 23, 2023, the Court granted in part the parties' request but did not extend the MSC date. ECF No. 66. On January 31, 2024, the Court *sua sponte* continued the MSC to April 10, 2024 due to a conflict with the Court's calendar. ECF No. 82. The instant Motion ensued. ECF No. 87.

In support of their request for a continuance of the MSC to May 2024, the parties indicate that

> Defendants' principal attorneys, Douglas A. Pettit, Esq. and Caitlin M. Jones, Esq., are currently engaged in a trial in the Superior Court of California for the County of San Diego which is expected to last through the end of April 2024.

Id. at 1; Declaration of Douglas A. Pettit, Esq. in Support of Joint Motion to Continue Mandatory Settlement Conference ("Pettit Decl.") at ¶ 3. Mr. Pettit and Ms. Jones indicate they are available on May 20-23, and May 28-29, 2024 for the MSC. Pettit Decl. at ¶ 4. Defense counsel states that "[c]ounsel for Plaintiff, Paul M. Jonna, Esq., indicated Plaintiff does not oppose continuing the MSC in this matter, and is available on May 22, 23, 28, and 29, 2024 for an MSC." Id.

Good cause appearing, the Court **GRANTS** the request and continues the MSC to **May 28, 2024** at **9:30 a.m.** via videoconference. The Court notes that the parties already provided their confidential settlement statements and participant lists to the undersigned's chambers; however, the parties must provide updated confidential settlement statements and participant lists on or before **May 21, 2024**.

**IT IS SO ORDERED.**

Dated: 4/5/2024

Hon. Barbara L. Major
United States Magistrate Judge