UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. VENA,<br><br>                                   Plaintiffs,<br><br>v.<br><br>MOORE, SCHULMAN & MOORE, APC, et al.,<br><br>                                   Defendants. | Case No.:  22-CV-00437 W (BLM)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE APPLICATION [DOC. 97]** |

Pending before the Court is Plaintiff Nicholas A. Vena's ex parte application to clarify this Court's April 29, 2024 Order Granting In Part and Denying In Part Ex Parte Application to strike the declaration of Edward McIntyre or for leave to file supplemental briefing (the "Order" [Doc. 96]). Although the Order granted Plaintiff leave to file an amended opposition, Plaintiff's current ex parte application clarifies that what he meant by "supplemental briefing" was "amended evidentiary objections." (*Ex Parte* [Doc. 97] 2:4–10.) Defendant opposes the ex parte application to file amended evidentiary objections.

Having reviewed the moving and opposing papers and good cause appearing, the Court **GRANTS** the ex parte application [Doc. 97]. Plaintiff's amended evidentiary objections are due on or before **May 20, 2024**. Defendants' response is due on or before **May 28, 2024**. Upon submission of the evidentiary objections, the matter shall be deemed under submission and the parties shall await further order of the Court.  See Civ. L. Rule 7.1d1.

**IT IS SO ORDERED**.

Dated:  May 13, 2024

_____
Hon. Thomas J. Whelan
United States District Judge