UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. VENA,<br><br>                              Plaintiff,<br><br>v.<br><br>MOORE, SCHULMAN & MOORE,<br>APC, et al.<br><br>                              Defendants. | Case No.: 3:22-cv-00437-W-BLM<br><br>**ORDER TERMINATING DEFENDANTS' MOTION FOR ATTORNEYS' FEES [DOCS. 115, 116] PENDING RESOLUTION OF PLAINTIFF'S APPEAL** |

Pending before the Court is Defendants' motion for attorneys' fees under 42 U.S.C. § 1988 [Docs. 115, 116]. After Defendants filed the motion, Plaintiff filed an appeal of this Court's summary-judgment order. (*See Notice of Appeal* [Doc. 119].) Resolution of the appeal may affect this Court's determination of the motion for attorneys' fees. Accordingly, the Court **TERMINATES WITOUT PREJUDICE** the motion [Docs. 115, 116]**,** pending resolution of the appeal. Upon resolution, Defendants may contact this Court's law clerk to re-calendar the motion.

**IT IS SO ORDERED.**

Dated:  September 30, 2025

Hon. Thomas J. Whelan
United States District Judge

1

23-CV-00437 W (BLM)